June 14, 1984.

478 A.2d 88

Hassler, Appellants, v. Erie Ins. Co.

Submitted April 25, 1984. Brett A. Huckabee, for appellants; Bradley D. Miller, for appellee.

Before McEWEN, BECK and CERCONE, JJ.

Order affirmed.